IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY GLENN HEADEN : CIVIL ACTION
:
v. :
:
COMMONWEALTH OF PENNSYLVANIA : NO. 15-6811
PA, FEDERAL COURTHOUSE :

## ORDER

AND NOW, this 23d day of December, 2016, upon consideration of plaintiff's letter (ECF No. 5), which the Court has construed as an amended complaint, it is ORDERED that:

1. The amended complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.